ABNER R. ORR, Assignee,

*v.*

THE CITIZENS' FIRE INSURANCE COMPANY.

*Filed at Springfield January 17, 1896.*

The questions involved in this case are the same as those in *Orr*
v. *Hanover Fire Ins. Co.* 158 Ill. 149, and the reasoning in that case is
applicable here.

*Citizens' Fire Ins. Co.* v. *Orr*, 56 Ill. App. 621, affirmed.

APPEAL from the Appellate Court for the Third Dis-
trict;—heard in that court on appeal from the Circuit
Court of Vermilion county; the Hon. FERDINAND BOOK-
WALTER, Judge, presiding.

W. J. CALHOUN, and H. M. STEELY, for appellant.

THOMAS BATES, and LAWRENCE & LAWRENCE, for ap-
pellee.

Per CURIAM:   The questions involved in this case are
the same as those presented and decided in *Orr* v. *Hanover
Fire Ins. Co.* 158 Ill. 149.   The reasons given in the opinion
in that case for affirming the judgment there are equally
applicable here, and need not be repeated.

The judgment of the Appellate Court is affirmed.

*Judgment affirmed.*